**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** October 27, 2022 | **Time:** 12 minutes 9:00 a.m. to 9:12 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-06347-WHO | **Case Name:** Knight v. Richardson Bay Regional Agency | |

**Plaintiff:** Daniel Knight, pro se
**Attorneys for Defendants:** David Roth and Mark Wilson

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Electronically recorded

**PROCEEDINGS**

Hearing regarding Temporary Restraining Order conducted via videoconference. The record reflects two substantial questions:  whether the vessel is marine debris and whether Mr. Knight lives on the vessel.  The potential harm to the plaintiff if he lives on the vessel is significant.  The Court indicates that injunctive relief is necessary until more information is developed.

The Court directs that a motion for Preliminary Injunction be filed and briefed on the schedule indicated below. Expedited discovery should be conducted, with initial disclosures of documents each side relies on to prove its/their claims and defenses, and a list of witnesses, exchanged by November 3, 2022.  Each party may also take one deposition of three hours in duration.

Motion for Preliminary Injunction:   November 23, 2022
Opposition:                          December 12, 2022
Reply:                               December 19, 2022
Hearing:                             January 4, 2023 at 2 p.m.

Plaintiff's motion to proceed in forma pauperis is granted.  Mr. Knight's request for appointment of counsel will not be granted at this time.  He is advised to seek assistance promptly through the Court's Legal Help Center.  Information on the Legal Help Center is available on the Court's website and will be included in the written order that will follow.  The Court directs that defense counsel email a copy of this minute order and the substantive order that follows to Mr. Knight.

REFERRALS:

[ X ]  Case referred to ADR Unit for Mediation to be completed by mid-December if possible.

Plaintiff advises the Court and parties that a new email address:
**danielknightlawsuit@gmail.com** should be used for future communications.