# Exhibit B
# 2020–2021 Photos





2





4



5