✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Daniel Knight

                Plaintiff (s),

V.

Richardson's Bay Regional Agency, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-cv-06347-WHO

Notice is hereby given that, subject to approval by the court, __Steven McGrath__ substitutes
(Party (s) Name)

__David E. Russo__, State Bar No. __112023__ as counsel of record in
(Name of New Attorney)

place of __David V. Roth__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Lewis Brisbois Bisgaard & Smith LLP
    Address:     45 Fremont Street, Suite 3000, San Francisco, CA 94105
    Telephone:     (415) 438-6629     Facsimile   (415) 434-0882
    E-Mail (Optional):     David.Russo@lewisbrisbois.com

I consent to the above substitution.

Date: 1/20/23

Steven McGrath
*(signature)*
(Signature of Party (s))

I consent to being substituted.

Date: 1/23/23

David V. Roth *(signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: January 20, 2023

David E. Russo *(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 1, 2023

*(signature)*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]