AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Daniel Knight

                    Plaintiff (s),

V.

Richardson's Bay Regional Agency, et al.

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-cv-06347-WHO

Notice is hereby given that, subject to approval by the court, __Richardson's Bay Regional Agency__ (Party (s) Name) substitutes __David E. Russo__ (Name of New Attorney), State Bar No. __112023__ as counsel of record in place of __David V. Roth__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Lewis Brisbois Bisgaard & Smith LLP
- Address: 45 Fremont Street, Suite 3000, San Francisco, CA 94105
- Telephone: (415) 438-6629   Facsimile (415) 434-0882
- E-Mail (Optional): David.Russo@lewisbrisbois.com

I consent to the above substitution.
Date: 1/20/23

Stephen McGrath for Richardson's Bay Regional Agency
*(Signature of Party (s))*

I consent to being substituted.
Date: 1/23/23

David V. Roth
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: January 20, 2023

David E. Russo
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: February 1, 2023

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]