# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 8, 2023 | **Time:** 25 minutes<br>1:57 p.m. to 2:22 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-06347-WHO | **Case Name:** Knight v. Richardson Bay Regional Agency | |

**Attorney for Plaintiff:**  Jan Dave Breemer
**Attorney for Defendant:**  David E. Russo

**Deputy Clerk:** Jean Davis           **Court Reporter:** Debra Pas

## PROCEEDINGS

Hearing on Motion to Dismiss conducted via videoconference. Argument heard.  Motion taken under submission; written order to follow.