1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   CHRISTOPHER J. NEVIS, SB# 162812
2     E-Mail: Christopher.Nevis@lewisbrisbois.com
   DAVID E. RUSSO, SB# 112023
3     E-Mail: David.Russo@lewisbrisbois.com
   45 Fremont Street, Suite 3000
4  San Francisco, California 94105
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant RICHARDSON BAY
   REGIONAL AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KNIGHT, | Case No. 22-cv-06347-WHO |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |
| vs. | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| RICHARDSON'S BAY REGIONAL AGENCY; JAMES MALCOLM; REGIONAL GOVERNMENT SERVICES; STEVEN MCGRATH; CURTIS HAVEL; REBECCA SHWARTZ LESBERG; COASTAL POLICY SOLUTIONS; BAY CONSERVATION AND DEVELOPMENT COMISSION; CITY OF MILL VALLEY; TODD CUSIMANO; TOWN OF TIBURON; GREG CHANIS; CITY OF BELEVEDERE; ROBERT ZADNIK; GREG SCHARFF; MARIN COUNTY SHERIFF'S DEPARTMENT; MARIN COUNTY; DANIEL EILERMAN; MARIN, UNITY STATES COAST GUARD; CCOMMANDER TAYLOR LAM, | Trial Date:        None Set |
| Defendants. | |

Plaintiff DANIEL KNIGHT and defendant RICHARDSON BAY REGIONAL AGENCY have resolved this case in its entirety.  Therefore, the parties stipulate to the dismissal of the entire action, as to all named parties and claims, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party to bear its own attorneys' fees and costs.

**ATTORNEY ATTESTATION**

I hereby attest that I have authorization from Plaintiff's counsel to e-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this document.

DATED:  March 31, 2023         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ *David E. Russo*_____
DAVID E. RUSSO
Attorneys for Defendant RICHARDSON BAY REGIONAL AGENCY

DATED:  March 31, 2023         PACIFIC LEGAL FOUNDATION

By: _____/s/ *David Breemer*_____
DAVID BREEMER
Attorneys for Plaintiff DANIEL KNIGHT

**ORDER**

Having reviewed the above stipulation and good cause appearing, it is hereby ordered that this entire action is dismissed with prejudice.

DATED:  March 31, 2023

_____
Honorable William H. Orrick
United States District Court Judge